UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA REBEL HAYS,

    Plaintiff,

v.

HEATHER JOHNSTON, et al.

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cv-80

## ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter is before the Court on Plaintiff Joshua Rebel Hays' request to proceed *in forma pauperis* in this action (Dkt. #8). Plaintiff's application to proceed in this action without prepayment of the filing fee was filed contemporaneously with an amended complaint he filed pursuant to an order of the Court. A review of the court record for this case reflects that the plaintiff was previously granted *in forma pauperis* status on March 2, 2010. It is unnecessary for the plaintiff to apply for *in forma pauperis* status again. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Joshua Rebel Hays' request to proceed *in forma pauperis* (Dkt. #8) is **DENIED as moot**.

Date: May 11, 2010                                            /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    Chief United States District Judge