UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOSHUA REBEL HAYS,

        Plaintiff,         Case No. 1:10-cv-80

v.         Honorable Paul L. Maloney

HEATHER JOHNSTON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action is DISMISSED WITH PREJUDICE for pursuant to 28 U.S.C. §§ 1915(e) and 1915A, because Defendants are immune.


Dated: May 18, 2010          /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge